UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MANHATTAN BAGEL COMPANY, INC.,**

      **Plaintiff,**

-vs-                                                                                          Case No.  6:06-cv-234-Orl-19JGG

**KOURY & ASSOCIATES, INC., DIANE A. KOURY,**

      **Defendants.**
_____

## ORDER

      This case comes before the Court on the motion of the parties for entry by the Court of a "Stipulated Permanent Injunction." (Doc. No. 13, filed July 7, 2006).

      The Court has further considered this case after entry of Docket Number 14.  This case was dismissed without prejudice by notice of Plaintiff Manhattan Bagel Company, Inc. and by a plain text Order of the Court on April 25, 2006. (*See* Doc. Nos. 11, 12). Plaintiff requested in its notice of dismissal that the Court retain jurisdiction to enforce the terms of a settlement agreement that was purportedly reached between the parties. (Doc. No. 11). In its Order, the Court declined to retain jurisdiction over the enforcement of settlement agreement or any other aspect of this action. (*See* Doc. No. 12).

      Consequently, this Court was divested of jurisdiction over this action once Plaintiff's notice of dismissal was filed with the Court and once the Court issued its April 25, 2006 Order. *See, e.g.*, *McCall-Bey v. Franzen*, 777 F.2d 1178, 1190 (7th Cir. 1985) ("An unconditional dismissal terminates federal jurisdiction except for the limited purpose of reopening and setting aside the judgment of dismissal within the scope allowed by Rule

60(b)."). The Court may not, therefore, further address the merits of this action or issue further Orders. 8 JAMES WM. MOORE ET AL., MOORE'S FEDERAL PRACTICE, §41.33[6][e], at 41-84 (3d ed. 2001). The parties' stipulated motion for a permanent injunction (Doc. No. 13) is **DENIED AS MOOT**. The Clerk shall close this file. Plaintiff may file a new complaint and open a new case if further relief is requested. Any new complaint that is filed against the Defendants in this case should reference the number of the instant case in the allegations. Counsel for Plaintiff must be a member of the Bar of this Court.

**DONE** and **ORDERED** in Orlando, Florida on July _16_, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record